**Nathan G. Wagner**
**Peter F. Lacny**
DATSOPOULOS, MacDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone:  406-728-0810
Facsimile:  406-543-0134
E-Mail:      nwagner@dmllaw.com
                 placny@dmllaw.com

*Attorney for Plaintiff, Travis James Tolan*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| TRAVIS JAMES TOLAN | Cause No. CV-20-02-BLG-SPW-TJC |
| Plaintiff, | Dept. No. _____ |
| v. | |
| YELLOWSTONE COUNTY, a political subdivision of the State of Montana; YELLOWSTONE COUNTY SHERIFF'S OFFICE; SHERIFF MIKE LINDER; DEPUTY TYLER SENNETT; DEPUTY BRENDAN TRUJILLO; JOHN DOES 1-10; and CORPORATIONS A-J. | **SUMMONS** |
| Defendants. | |

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT, THE CITY OF LIVINGSTON.**

Deputy Brendan Trujillo
2431 Wolff Rd.
Gillette, WY 82718

Summons – Deputy Brendan Trujillo          1

**YOU ARE HEREBY SUMMONED** to respond to the Complaint and Jury

Demand in this action which is filed in the office of the Clerk of this Court, a copy

of which is herewith served upon you, and to file your answer and serve a copy

thereof upon the Plaintiff's attorneys, Nathan G. Wagner and Peter Lacny,

Datsopoulos, MacDonald & Lind, P.C., 201 W. Main St., Suite 201, Missoula,

Montana 59802, within twenty-one (21)  days after the service of this Summons,

exclusive of the day of service; and in case of your failure to respond, judgment will

be taken against you by default for the relief prayed for in the Complaint.

WITNESS my hand and the seal of said Court this 21 day of Jan , 2020

TYLER P. GILMAN, CLERK OF COURT



By: _Lisa Dillenbeck_

Deputy Clerk

Summons – Deputy Brendan Trujillo          2

**Nathan G. Wagner**
**Peter F. Lacny**
DATSOPOULOS, MacDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone:  406-728-0810
Facsimile:  406-543-0134
E-Mail:      nwagner@dmllaw.com
             placny@dmllaw.com

*Attorney for Plaintiff, Travis James Tolan*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| TRAVIS JAMES TOLAN | Cause No. CV-20-02-BLG-SPW-TJC |
| Plaintiff, | Dept. No. _____ |
| v. | |
| YELLOWSTONE COUNTY, a political subdivision of the State of Montana; YELLOWSTONE COUNTY SHERIFF'S OFFICE; SHERIFF MIKE LINDER; DEPUTY TYLER SENNETT; DEPUTY BRENDAN TRUJILLO; JOHN DOES 1-10; and CORPORATIONS A-J. | **SUMMONS** |
| Defendants. | |

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT, THE CITY OF LIVINGSTON.**

Deputy Tyler Sennett
3621 Hayden Dr
Billings, MT 59102

Summons – Deputy Tyler Sennett          1

**YOU ARE HEREBY SUMMONED** to respond to the Complaint and Jury Demand in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon the Plaintiff's attorneys, Nathan G. Wagner and Peter Lacny, Datsopoulos, MacDonald & Lind, P.C., 201 W. Main St., Suite 201, Missoula, Montana 59802, within twenty-one (21) days after the service of this Summons, exclusive of the day of service; and in case of your failure to respond, judgment will be taken against you by default for the relief prayed for in the Complaint.

WITNESS my hand and the seal of said Court this 21st day of Jan , 2020

TYLER P. GILMAN, CLERK OF COURT



By: _____
          Deputy Clerk

Summons – Deputy Tyler Sennett                    2

Nathan G. Wagner
Peter F. Lacny
DATSOPOULOS, MacDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone:  406-728-0810
Facsimile:  406-543-0134
E-Mail:      nwagner@dmllaw.com
                placny@dmllaw.com

*Attorney for Plaintiff, Travis James Tolan*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRAVIS JAMES TOLAN | Cause No. CV- 20-02- BLG-SPW-TJC |
| Plaintiff, | Dept. No. _____ |
| v. | |
| YELLOWSTONE COUNTY, a political subdivision of the State of Montana; YELLOWSTONE COUNTY SHERIFF'S OFFICE; SHERIFF MIKE LINDER; DEPUTY TYLER SENNETT; DEPUTY BRENDAN TRUJILLO; JOHN DOES 1-10; and CORPORATIONS A-J. | **SUMMONS** |
| Defendants. | |

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT, THE CITY OF LIVINGSTON.**

Sherriff Mike Linder
13311 Ballard Ivie Rd.
Molt, MT 59057

Summons – Sherriff Mike Linder                    1

**YOU ARE HEREBY SUMMONED** to respond to the Complaint and Jury Demand in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon the Plaintiff's attorneys, Nathan G. Wagner and Peter Lacny, Datsopoulos, MacDonald & Lind, P.C., 201 W. Main St., Suite 201, Missoula, Montana 59802, within twenty-one (21) days after the service of this Summons, exclusive of the day of service; and in case of your failure to respond, judgment will be taken against you by default for the relief prayed for in the Complaint.

WITNESS my hand and the seal of said Court this 21 day of Jan , 2020

TYLER P. GILMAN, CLERK OF COURT

By: _____
　　　　Deputy Clerk

Summons – Sherriff Mike Linder　　　　2

Nathan G. Wagner
Peter F. Lacny
DATSOPOULOS, MacDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone:  406-728-0810
Facsimile:  406-543-0134
E-Mail:     nwagner@dmllaw.com
            placny@dmllaw.com

*Attorney for Plaintiff, Travis James Tolan*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRAVIS JAMES TOLAN | Cause No. CV-20-02-BLG-SPW-TJC |
| Plaintiff, | Dept. No. _____ |
| v. | |
| YELLOWSTONE COUNTY, a political subdivision of the State of Montana; YELLOWSTONE COUNTY SHERIFF'S OFFICE; SHERIFF MIKE LINDER; DEPUTY TYLER SENNETT; DEPUTY BRENDAN TRUJILLO; JOHN DOES 1-10; and CORPORATIONS A-J. | **SUMMONS** |
| Defendants. | |

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT, THE CITY OF LIVINGSTON.**

Yellowstone County Sheriff's Department
2323 2nd Ave N
Billings, MT 59101

Summons – Yellowstone County Sheriff's Department                                    1

**YOU ARE HEREBY SUMMONED** to respond to the Complaint and Jury Demand in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon the Plaintiff's attorneys, Nathan G. Wagner and Peter Lacny, Datsopoulos, MacDonald & Lind, P.C., 201 W. Main St., Suite 201, Missoula, Montana 59802, within twenty-one (21) days after the service of this Summons, exclusive of the day of service; and in case of your failure to respond, judgment will be taken against you by default for the relief prayed for in the Complaint.

WITNESS my hand and the seal of said Court this 2ᴺᵈ day of ____, 2020

TYLER P. GILMAN, CLERK OF COURT

By: _____
    Deputy Clerk

Summons – Yellowstone County Sherriff's Department                              2

Nathan G. Wagner
Peter F. Lacny
DATSOPOULOS, MacDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone:  406-728-0810
Facsimile:  406-543-0134
E-Mail:    nwagner@dmllaw.com
           placny@dmllaw.com

*Attorney for Plaintiff, Travis James Tolan*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRAVIS JAMES TOLAN | Cause No. CV-20-02-MJG-SPW-TJC |
| Plaintiff, | Dept. No. _____ |
| v. | |
| YELLOWSTONE COUNTY, a political subdivision of the State of Montana; YELLOWSTONE COUNTY SHERIFF'S OFFICE; SHERIFF MIKE LINDER; DEPUTY TYLER SENNETT; DEPUTY BRENDAN TRUJILLO; JOHN DOES 1-10; and CORPORATIONS A-J. | **COMPLAINT AND JURY TRIAL DEMAND** |
| Defendants. | |

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT, THE CITY OF LIVINGSTON.**

Yellowstone County
C/O Yellowstone County Attorney
217 N 27th St.
Billings, MT 59101

Summons – Yellowstone County                    1

**YOU ARE HEREBY SUMMONED** to respond to the Complaint and Jury Demand in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon the Plaintiff's attorneys, Nathan G. Wagner and Peter Lacny, Datsopoulos, MacDonald & Lind, P.C., 201 W. Main St., Suite 201, Missoula, Montana 59802, within twenty-one (21) days after the service of this Summons, exclusive of the day of service; and in case of your failure to respond, judgment will be taken against you by default for the relief prayed for in the Complaint.

WITNESS my hand and the seal of said Court this 21 day of Jan, 2020

TYLER P. GILMAN, CLERK OF COURT

By: _____
      Deputy Clerk

Summons – Yellowstone County         2