IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRAVIS JAMES TOLAN,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY, ET AL.,<br><br>Defendants. | CV 20-00002-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case (Doc. 85), and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED** that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

**IT IS FURTHER ORDERED** that the final pretrial conference set for March 22, 2023 at 2:30 p.m. and the jury trial set for April 10, 2023 at 9:00 a.m., are **VACATED**.

DATED this 11th day of January, 2023.

SUSAN P. WATTERS
United States District Judge