IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRAVIS JAMES TOLAN,<br><br>          Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY, a political subdivision of the State of Montana, et al., YELLOWSTONE COUNTY SHERIFF'S OFFICE; SHERIFF MIKE LINDER; DEPUTY TYLER SENNETT, DEPUTY BRENDAN TRUJILLO; JOHN DOES 1-10; and CORPORATIONS A-J,<br><br>          Defendants. | CV 20-00002-BLG-SPW<br><br>ORDER |

Upon the Stipulation for Dismissal (Doc. 87), between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 10th day of February, 2023.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1